No. 55, Misc.  LINGHAM-PRITCHARD *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 3d Cir.  Certiorari denied. Petitioner *pro se.  Solicitor General Rankin, Assistant Attorney General Rice, John N. Stull* and *Harry Baum* for respondent.

No. 57, Misc.  WATSON *v.* TEETS, WARDEN.  Supreme Court of California.  Certiorari denied.

No. 59, Misc.  GAYLORD  *v.*  CLEMMER,  DIRECTOR, DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 4th Cir. Certiorari denied.  Petitioner *pro se.  Solicitor General Rankin* for respondents.

No. 63, Misc.  GARBE, TRUSTEE IN BANKRUPTCY, *v.* HUMISTON, KEELING & Co.  C. A. 7th Cir.  Certiorari denied.  Petitioner *pro se.  Philip A. Rose* for respondent.

No. 64, Misc.  STEVENS *v.* RAGEN, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 67, Misc.  TIPTON *v.* CALIFORNIA.  Supreme Court of California.  Certiorari denied.  *James F. Thacher* for petitioner.

No. 69, Misc.  WILLIAMS *v.* RHAY, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY.  Supreme Court of Washington.  Certiorari denied.

No. 72, Misc.  JONES *v.* RICHMOND, WARDEN.  C. A. 2d Cir.  Certiorari denied.